1  JAMES E. McELROY, ESQ., State Bar No.079313
   LAW OFFICES OF JAMES E. McELROY
2  11512 El Camino Real, Suite 350
   San Diego, CA 92130
3  Phone: (619) 232-6686
   Facsimile: (619) 236-0153

4  AMEENA MIRZA QAZI, ESQ., State Bar No. 250404
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
5  2180 West Crescent Avenue, Suite F
   Anaheim, CA 92801
6  Phone: (714) 776-1847
   Fax: (714) 776-8340
7

8  Attorneys for Plaintiff,
   IRUM ABBASI
9

10

11

12                    UNITES STATES DISTRICT COURT

13                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| IRUM ABBASI, <br> an individual, | Case No. 30:11-CV-02311-BGS |
| Plaintiff, | **JOINT MOTION TO DISMISS** <br> HON. BERNARD G. SKOMAL |
| vs. | |
| SOUTHWEST AIRLINES, <br> a Texas Corporation; and DOES 1 through 25, inclusive, | |
| Defendants | |

27  ///

28

---
1
JOINT MOTION TO DISMISS

1  IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release agreements
2  between Plaintiff, IRUM ABBASI, and Defendant, SOUTHWEST AIRLINES, INC. that this Court
3  enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Federal
4  Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendant SOUTHWEST AIRLINES, INC.

DATED: April 18, 2012            By: _____
                                 JAMES E. McELROY, ESQ.
                                 AMEENA MIRZA QAZI, ESQ
                                 Attorneys for Plaintiff,
                                 IRUM ABBASI

DATED: April 18, 2012            By: Arthur I. Wilner By Kristen Miller
                                 ARTHUR I. WILLNER
                                 Gladstone Michel Weisberg Willner & Sloane, ALC
                                 Attorneys for Defendant,
                                 SOUTHWEST AIRLINES