1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRUM ABBASI,<br><br>                           Plaintiff,<br><br>    v.<br><br>SOUTHWEST AIRLINES,<br><br>                           Defendant. | CASE NO: 11-CV-2311 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

Pending before the Court is the parties' joint motion to dismiss this case with prejudice. Having read and considered the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 14], and **DISMISSES** this case against Defendant Southwest Airlines **WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: April 23, 2012

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28